```
 1 │ James J. McDonald, Jr., Bar No. 150605
   │ Jennifer L. Futch, Bar No. 173357
 2 │ FISHER & PHILLIPS LLP
   │ 18400 Von Karman Avenue, Suite 400
 3 │ Irvine, California 92612
   │ Telephone (949) 851-2424
 4 │ Facsimile (949) 851-0152
 5 │ Attorney for Defendants
   │ TETRA TECH, INC. and WHALEN & COMPANY, INC.
 6 │
 7 │
 8 │                  UNITED STATES DISTRICT COURT
 9 │                 NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ CHARLENE MADKINS,              Case No.: C 04-03129 CRB
   │                                Assigned to Judge Charles R. Breyer
12 │            Plaintiff,
   │                                STIPULATED REQUEST TO ALLOW
13 │ vs.                            TELEPHONIC APPEARANCE BY
   │                                DEFENDANTS' COUNSEL; [PROPOSED]
14 │ TETRA TECH INC.,               ORDER
15 │            Defendants.         Date:  August 19, 2005
   │                                Time:  8:30 a.m.
16 │
17 │
18 │      Defendants TETRA TECH, INC. and WHALEN & COMPANY, INC.
19 │ (collectively, "Defendants") request leave to be allowed to
20 │ appear by telephone for the Case Management Conference set
21 │ for August 12, 2005.  In support of this request, the
22 │ parties acknowledge:
23 │      1.   Defendants' lead trial counsel, Jennifer L. Futch,
24 │ resides and works in Orange County, California.  Because the
25 │ parties already have submitted a Further Case Management
26 │ Conference Statement, and because of the significant
27 │ additional cost to Defendants for counsel to fly to San
28 │ Francisco for a personal appearance, Defendants request that
```

their counsel be permitted to appear by telephone for the next CMC on August 12, 2005.

2. If this request is granted, Jennifer L. Futch agrees to be available for the CMC by telephone, and to wait on stand-by for the Court's call at the scheduled date and time at the following direct dial telephone number: (949) 798-2166.

3. Plaintiff is agreeable to this request for telephonic appearance and no prejudice shall come to either party if Defendants' counsel is permitted to appear by telephone for the CMC.

The parties therefore request that Defendants' counsel be permitted to appear by telephone at the CMC.

DATED: August 1, 2005        FISHER & PHILLIPS LLP

By: _____
James J. McDonald, Jr.
Jennifer L. Futch
Attorneys for Defendants
TETRA TECH, INC. and WHALEN & COMPANY, INC.

DATED: August __, 2005        LAW OFFICES OF LUCIUS A. COOPER

By: _____
Jeremy Pasternak
Attorneys for Plaintiff
CHARLENE MADKINS

2
STIPULATION TO APPEAR TELEPHONICALLY
Irvine 380457.1

**[~~PROPOSED~~] ORDER**

For good cause as shown, the Court grants the request of Defendants' counsel to appear by telephone on August 19, 2005 for the Case Management Conference.

It is also ordered _____.

Dated: August 04, 2005         _____
                                JUDGE CHARLES R. BREYER



---

3

STIPULATION TO APPEAR TELEPHONICALLY

Irvine 380457.1