JAN-10-2006  07:52          888 219 7782                                             P.02

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| Charlene Madkins | C 04 3129 CRB |
| v. Plaintiff(s) | |
| Tetra Tech, Inc. | SUBSTITUTION OF ATTORNEY |
| Defendant(s) | |

__Charlene Madkins__                     [X] Plaintiff  [ ] Defendant  [ ] Other _____
        *Name of Party*

hereby substitutes __Law Offices Of Jeremy Pasternak__ _____ who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   __445 Bush Street, 6th Floor__
                                                                     *Street Address*

__San Francisco, CA 94108__     __415-693-0300__   __415-693-0393__     __181618__
    *City, State, Zip Code*        *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of __Law Offices of Lucius E. Cooper__
                                                              *(Former Attorney)*

Dated: __1-10-06__                                    _____
                                                              *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: __1/10/06__                                    _____
                                                          *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: __1/10/06__                                    _____
                                                          *Signature of New Attorney*

Substitution of Attorney is hereby [ ] Approved. [ ] Denied.

Dated: __January 13, 2006__

                                                        United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your enrollment, you must complete an Enrollment/Update Form to register your proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.*

G-01 (04/02)                          SUBSTITUTION OF ATTORNEY

                                                                                    TOTAL P.02