```
 1  James J. McDonald, Jr., Bar No. 150605
    Jennifer L. Futch, Bar No. 173357
 2  FISHER & PHILLIPS LLP
    18400 Von Karman Avenue, Suite 400
 3  Irvine, California 92612
    Telephone (949) 851-2424
 4  Facsimile (949) 851-0152

 5  Attorney for Defendants
    TETRA TECH, INC. and  WHALEN & COMPANY, INC.
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  CHARLENE MADKINS,              Case No.: C 04-03129 CRB
                                   Assigned to Judge Charles R. Breyer
12               Plaintiff,
                                   STIPULATION FOR DISMISSAL OF
13  vs.                            ACTION IN COMPLIANCE WITH
                                   FEDERAL RULE OF CIVIL PROCEDURE
14  TETRA TECH INC.,               41(a)

15               Defendants.

16

17       WHEREAS, plaintiff Charlene Madkins and defendants Tetra

18  Tech, Inc. and Whalen & Company, Inc. have resolved this

19  dispute by confidential settlement, all parties to bear her or

20  its own fees and costs.

21       IT IS HEREBY STIPULATED by and between the parties to this

22  action that the above-captioned action be and is dismissed with

23  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

24  All parties agree that this Stipulation may be executed in one

25  ///

26  ///

27  ///

28  ///
```

STIPULATION FOR DISMISSAL OF ACTION IN COMPLIANCE WITH FRCP 41(a)

Irvine 317942.1

```
 1  or more counterparts, each of which shall be deemed an original
 2  and all of which shall constitute one and the same Stipulation.
 3
 4  DATED: January 18, 2006            [signature]
 5                                     CHARLENE MADKINS
 6  DATED: January 23, 2006            [signature]
 7                                     For TETRA TECH, INC.
 8
 9  DATED: January 20, 2006            [signature]
                                       For WHALEN & COMPANY, INC.
10
11                                     Law Offices of
                                       Jeremy Pasternak
12
13  DATED: January ___, 2006           _____
14                                     Jeremy Pasternak
                                       Counsel for Plaintiff
15                                     Charlene Madkins
16                                     Fisher & Phillips LLP
17
18  DATED: January ___, 2006           _____
19                                     Jennifer L. Futch
                                       Counsel for Defendants
20                                     Tetra Tech, Inc. and
                                       Whalen & Company, Inc.
21                        ORDER
22      PURSUANT TO STIPULATION, IT IS SO ORDERED. The within
23  matter is dismissed, in its entirety, with prejudice.
24
25  DATED: January 03, 2006    _____
26                             JUDGE, UNITED STATES DISTRICT COURT
27
28
                                  2
        STIPULATION FOR DISMISSAL OF ACTION IN COMPLIANCE WITH FRCP 41(a)
Irvine 317942.1
```

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]